# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 345 MAL 2023

         Respondent              :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

         v.                         :

ERIC BRADLEY DERR,                :

         Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 346 MAL 2023

         Respondent               :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

         v.                         :

ERIC BRADLEY DERR,                :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.